

# Missouri Court of Appeals
## Southern District

**APRIL 3, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD32670

    Re:   COPE MARINE TABLEROCK, INC.,
          KENNETH L. COPE and
          SHEILA M. COPE,
          Plaintiffs-Respondents,
          vs.
          GEORGE W. HENSLEY D/B/A
          CONSTRUCTION PROCESSING
          COMPANY, LLC,
          VIRGINIA D. HENSLEY D/B/A
          CONSTRUCTION PROCESSING
          COMPANY, LLC, and
          CONSTRUCTION PROCESSING
          COMPANY, LLC,
          Defendants-Appellants.